IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUAN CARLOS HERNANDEZ,<br><br>    Defendant. | 4:14CR3127<br><br>**ORDER** |

  Defendant, who is currently in federal custody, has been convicted on unrelated state charges, He is subject to detention under the Bail Reform Act of 1984, 18 U.S.C. § 3141 et.seq.

  Accordingly,

  IT IS ORDERED:

1) The defendant shall be released to state custody for confinement on state charges. The state charges are unrelated to the federal charges herein, and the time defendant spends in state custody may (or may not) be considered as confinement credited toward any sentence the defendant may receive in this case.

2) Upon release from state custody, the U.S. Marshal is commanded to take custody of the above-named defendant for further proceedings in this court.

April 29, 2015.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge