IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN CARLOS HERNANDEZ,<br><br>Defendant. | **4:14CR3127**<br><br><br>**ORDER** |

IT IS ORDERED that:

1.   The defendant's Unopposed Motion to Continue Revocation Hearing (filing 82) is granted.

2.   Defendant Juan Carlos Hernandez's violation of supervised release hearing is continued to April 17, 2020, at 10:00 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 7th day of January, 2020.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge