IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:14CR3127 |
| vs. | ORDER |
| JUAN CARLOS HERNANDEZ, | |
| Defendant. | |

The court has been notified that due to recent changes to the rules at Campus for Hope/CenterPointe, the defendant is ineligible to reside to that treatment facility. Accordingly,

IT IS ORDERED that the release order entered on March 4, 2020, (filing no. 91) is rescinded.

March 9, 2020.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge