IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>JUAN CARLOS HERNANDEZ,<br><br>          Defendants. | 4:14-CR-3127<br><br>ORDER |

IT IS ORDERED:

1. The government's motion to dismiss (filing 101) is granted.

2. The operative petition for offender under supervision (filing 84) is dismissed.

3. The August 27, 2020 hearing is cancelled.

Dated this 21st day of August, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge